**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Chantel Coleman, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No.:1:17-cv-3034-WTL-TAB** |
| | ) |
| NCC Business Services, Inc., | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with

the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each

party being responsible for its own respective costs and expenses, including but not limited to

attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 _/s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp& Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
steinkamplaw@yahoo.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 1, 2017 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

David B. Shaver, Esq.
Surdyk, Dowd & Turner, Co., L.P.A.
7681 Tylers Place Blvd., Suite 3
West Chester, OH 45069
<u>dshaver@sdtlawyers.com</u>

Respectfully Submitted,

<u>/s/John T. Steinkamp</u>
John T. Steinkamp
5214 S. East Street, Suite D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
<u>Steinkamplaw@yahoo.com</u>